**Order entered January 10, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00073-CV

## IN THE ESTATE OF IRA E. TOBOLOWSKY, DECEASED

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17620**

## ORDER

Before the Court is Dallas County and the Dallas County Medical Examiner's (collectively, "the County") unopposed motion for leave to amend their combined appellee brief and cross-appellant's brief. We **GRANT** the motion and **DIRECT** the Clerk of the Court to file the amended combined appellee brief and cross-appellant's brief, tendered to the Court January 7, 2020, as of the date of this order.

/s/    BILL WHITEHILL
        JUSTICE